IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIFFANY RITTER, :
    *Plaintiff,* :
                            :
v.                             :   CIVIL NO. 22-4897
                            :
LEHIGH VALLEY HEALTH NETWORK, :
    *Defendant.* :

## ORDER

**AND NOW**, this **15th** day of **February 2024**, upon consideration of Defendant's Motion to Dismiss (ECF No. 9) and Plaintiff's Response in Opposition (ECF No. 11), it is **hereby ORDERED**, that for the reasons stated in the accompanying Memorandum, Defendant's Motion (ECF No. 9) is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge